[No. 18512-5-III.   Division Three.   April 19, 2001.]

WASHINGTON WATER POWER COMPANY, *Respondent*, v. HARLAN
D. DOUGLASS, ET AL., *Appellants*.

Appeal from a judgment of the Superior Court for Spokane County, No. 96-2-01850-8, Michael E. Donohue, J., entered June 14, 1999. *Affirmed* by unpublished opinion per Sweeney, J., concurred in by Kurtz, C.J., and Kato, J.

[No. 19321-7-III.   Division Three.   April 19, 2001.]

PRIMUS AUTOMOTIVE FINANCIAL SERVICES, INC., *Respondent*, v.
IN TOWN CAR SALES, INC., *Appellant*.

Appeal from a judgment of the Superior Court for Yakima County, No. 98-2-00478-8, Susan L. Hahn, J., entered April 10, 2000. *Affirmed* by unpublished per curiam opinion.

[No. 24635-0-II.   Division Two.   April 20, 2001.]

THE STATE OF WASHINGTON, *Respondent*, v. LACEY ANNE
EDGELL, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 99-8-00618-3, Meagan M. Foley, J. Pro Tem., entered April 22, 1999. *Affirmed in part* and *remanded* by unpublished opinion per Hunt, J., concurred in by Armstrong, C.J., and Quinn-Brintnall, J.

[No. 24845-0-II.   Division Two.   April 20, 2001.]

*In the Matter of the Industrial Insurance Tax Assessment
Against* CASTLE CREEK CUTTING, INC.
CASTLE CREEK CUTTING, INC., *Appellant*, v. THE DEPARTMENT
OF LABOR & INDUSTRIES, *Respondent*.

Appeal from a judgment of the Superior Court for Cowlitz County, No. 98-2-00977-3, Stephen M. Warning, J., entered June 1, 1999. *Affirmed* by unpublished opinion per Seinfeld, J., concurred in by Morgan and Bridgewater, JJ.